Certificate Number: 12433-PAE-DE-029865587

Bankruptcy Case Number: 17-15308



12433-PAE-DE-029865587

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2017, at 4:53 o'clock PM EDT, Lori Dorman completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 12, 2017             By:    /s/Laura Gannon

                                        Name:  Laura Gannon

                                        Title: Teacher