United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15308-mdc
Lori A Dorman                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1          Date Rcvd: Apr 04, 2018
                           Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db             +Lori A Dorman,    159 West Fern Street,    Philadelphia, PA 19120-1954

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13962817       +E-mail/Text: aalvino@helmautoloans.com Apr 05 2018 01:55:23       Helm Assocs,    801 Bristol Pike,
                Croydon, PA 19021-5447
                                                                                   TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Lori A Dorman dmo160west@gmail.com,  davidoffenecf@gmail.com
          LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re                                           :           Chapter 13

                                                :

          Lori A Dorman                         :

                                                :

          Debtor(s)                             :           Bankruptcy No. 17-15308MDC


NOTICE

To the debtor, debtor's counsel, trustee, and creditor Helm Associates


NOTICE is hereby given that:


Pursuant  to Federal Rules of Bankruptcy Procedure 3004 and 3005,  you are
hereby notified that a proof of claim in the amount of $ 15,372.98  has been filed in
your name by David M. Offen, Esq., on 4/4/2018.


Dated: 4/4/2018

                                    FOR THE COURT

                                    TIMOTHY B. MCGRATH
                                    CLERK


                                    By: Virginia S. De Buvitz
                                    Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)