**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re | Lori A. Dorman | ) Chapter 13 |
| | | ) |
| | Debtor | ) 17-15308-MDC |
| | | ) |
| | | ) |

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.


/s/David M. Offen
David M. Offen
Attorney for Debtor